BEFORE THE SECOND DIVISION, OCTOBER 9, 1951

**No. 55916.**—B. Westergaard & Co. *v.* United States, protests 149405–K and 154740–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of cheese knives without handles, with blades less than 6 inches in length, similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), except that the instant merchandise was imported without handles, whereas the merchandise involved in C. D. 1302 had handles of a material similar to celluloid, pyroxylin, or casein, the claim of the plaintiff was sustained.

**No. 55917.**—B. Westergaard & Co. *v.* United States, protests 167444–K, 168527–K, and 170004–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of cheese knives similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 9, 1951

**No. 55918.**—Alfred A. Mazer and Trefflichs Bird & Animal Co., Inc. *v.* United States, protests 172667–K and 172875–K (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 55919.**—A. N. Deringer, Inc. *v.* United States, protest 113205–K (St. Albans).

Opinion by CLINE, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919) the claim for free entry was sustained.